UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| SCOTTIE LEE HODGIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 2:25-CV-109-DCLC-CRW ) |
| SULLIVAN COUNTY JAIL and LT. MICHAEL COLE, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, this prisoner's pro se complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court has **CERTIFIED** in the Memorandum and Order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT